IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2011 AUG 29 P 3: 20
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT. CLERK

BETTY RUTH DAVIS, )
)
    Plaintiff, )
) CIV NO. 3:11-cv-100
) (PHILLIPS/GUYTON)
v. )
)
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER OF REMAND UNDER SENTENCE FOUR
## OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

The Court is in agreement with the parties that the instant case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), and jurisdiction of this case returned to the Agency. Upon remand, the Appeals Council will direct the ALJ to further evaluate the opinion of Plaintiff's treating source, Dr. Luis Pannocchia.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
Thomas H. Phillips
United States Magistrate Judge

Proposed by:

s/Loretta S. Harber
LORETTA HARBER
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Email: loretta.harber@usdoj.gov