# United States District Court

__ EASTERN __ DISTRICT OF __ TENNESSE __

| | |
|---|---|
| BETTY RUTH DAVIS, | JUDGMENT IN A CIVIL CASE |
| V. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: 3:11-cv-100 |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

| | |
|---|---|
| __ August 30, 2011 __<br>Date | Patricia L. McNutt, Clerk |
| | By __ s/ A. Brush __<br>Deputy Clerk |