UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BETTY RUTH DAVIS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:11-cv-100<br>)   (Phillips/Guyton) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>) |

## ORDER

This Social Security appeal is before the Court pursuant to the report and recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 23] regarding Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Doc. 20]. There have been no timely objections to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed .R. Civ. P. 72(b).

After a careful review of this matter, the Court is in agreement with the magistrate judge's conclusion that Plaintiff's motion [Doc. 20] be **GRANTED**. Accordingly, the court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. It is hereby **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act [Doc. 20] is **GRANTED**, whereby a judgement awarding plaintiff attorney fees in the amount of $1961.00 is **ENTERED**.

**IT IS SO ORDERED**.

ENTER:

   s/ Thomas W. Phillips    
United States District Judge